**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 MAR 20  PM 6:09

UNITED STATES OF AMERICA,

Plaintiff,

v.

| | |
|---|---|
| LUIS VILLAGRANA (1) § | CAUSE NO. A18 CR 0091 - RP |
| § | |
| FURQAN SUNKA (3) § | **INDICTMENT** |
| LAURO TOLEDO (4) § | |
| MARQUIS COLLINS (5) § | (Ct. I – Vio: 21 U.S.C. § 846- |
| § | Conspiracy to Possess with Intent to |
| BLANCA DAVILA-PUENTE (7) § | Distribute and Distribution of |
| SILVIA CERDA-GONZALEZ (8) § | Methamphetamine; |
| DANIEL HERNANDEZ (9) § | Ct. II – Vio 21 U.S.C. § 846 - |
| ERIC PORTER (10) § | Conspiracy to Possess with Intent to |
| ANTHONY TAYLOR (11) § | Distribute and Distribution of Cocaine; |
| VICTOR VARGAS-OSORIO (12) § | Ct. III – Vio 21 U.S.C § 846 - |
| JOHN MENZEL (13) § | Conspiracy to Possess with Intent to |
| JUAN VASQUEZ (14) § | Distribute and Distribution of Heroin; |
| MARIA DEL PILAR BARCENAS (15) § | Ct. IV – Vio 18 U.S.C. § 1956 - Money |
| LAURO JAIMES (16) § | Laundering |
| RIGOBERTO BAUTISTA (17) § | |
| MARTIN BENITEZ (18) § | |
| PEDRO HERNANDEZ-GONZALEZ(19) § | |
| § | |
| FRANCISCO GONZALEZ (21) § | |
| ESPERANZA GERARDO (22) § | |
| ALBERT VILLAGRANA (23) § | |
| § | |
| § | |
| § | |
| JESUS OCAMPO (27) § | |
| JONATHAN JARAMILLO (28) § | |
| MIKE VERTACNIK (29) § | |
| MARQUES NUNLEY (30) § | |
| FELIX ESPINOSA-OSORIO (31) § | |
| REBECCA ANAYA (32) § | |
| CLAUDIA LARA-ESCALANTE (33) § | |

Indictment – Page 1

| | |
|---|---|
| **LEOVIGILDO MARTINEZ (34)** | § |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | § |
| **CARLOS GARCIA-DUARTE (36)** | § |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | § |
| **ARTURO JUAREZ-OSORIO (38)** | § |
| **MANUEL HERRERA (39)** | § |
| **EDUARDO FLORES-PARRA (40)** | § |
| **RAFAEL GARCIA-DUARTE (41)** | § |
| **JOSE DEJESUS GONZALEZ (42)** | § |
| **GERARDO ARROYO (43)** | § |

**Defendants.**

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Conspiracy to Possess with Intent to Distribute and Distribution
of a Controlled Substance, Methamphetamine
(Violation of 21 U.S.C. § 846)

1.  Beginning on or about October 1, 2016, and continuing through March 7, 2018, in the Western District of Texas and elsewhere, **LUIS VILLAGRANA,** ███████, **LAURO JAIMES,** ███████, ███████, **JONATHAN JARAMILLO, FELIX ESPINOSA-OSORIO,** ███████, **CARLOS GARCIA-DUARTE, MANUEL HERRERA, EDUARDO FLORES-PARRA, RAFAEL GARCIA-DUARTE, and JOSE DEJESUS GONZALEZ,** defendants, did intentionally and knowingly combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(A).

# COUNT TWO
## Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance, Cocaine
### (Violation of 21 U.S.C. § 846)

2. Beginning on or about October 1, 2016, and continuing through March 7, 2018, in the Western District of Texas and elsewhere, LUIS VILLAGRANA, ███████ FURQAN SUNKA, LAURO TOLEDO, MARQUIS COLLINS, ███████ BLANCA DAVILA-PUENTE, SILVIA CERDA-GONZALEZ, DANIEL HERNANDEZ, ERIC PORTER, ANTHONY TAYLOR, VICTOR VARGAS-OSORIO, JOHN MENZEL, JUAN VASQUEZ, MARIA DEL PILAR BARCENAS, RIGOBERTO BAUTISTA, MARTIN BENITEZ, PEDRO HERNANDEZ-GONZALEZ, ███████ FRANCISCO GONZALEZ, ESPERANZA GERARDO, ALBERT VILLAGRANA, JESUS OCAMPO, JONATHAN JARAMILLO, MIKE VERTACNIK, MARQUES NUNLEY, REBECCA ANAYA, LEOVIGILDO MARTINEZ, ███████ CARLOS GARCIA-DUARTE, ███████ ARTURO JUAREZ-OSORIO, MANUEL HERRERA, EDWARDO FLORES, RAFAEL GARCIA, JOSE DEJESUS GONZALEZ, and GERARDO ARROYO, defendants, did intentionally and knowingly combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## QUANTITY OF COCAINE INVOLVED IN COUNT TWO OF THE CONSPIRACY

3. With respect to **LUIS VILLAGRANA,** ███████ **FURQAN SUNKA, LAURO TOLEDO, MARQUIS COLLINS,** ███████ **BLANCA DAVILA-PUENTE, SILVIA CERDA-GONZALEZ, DANIEL HERNANDEZ, JOHN MENZEL, JUAN VASQUEZ, MARIA DEL PILAR BARCENAS, RIGOBERTO BAUTISTA, MARTIN BENITEZ, PEDRO HERNANDEZ-GONZALEZ,** ███████ **ESPERANZA GERARDO, ALBERT VILLAGRANA, MIKE VERTACNIK, LEOVIGILDO MARTINEZ,** ███████ **, CARLOS GARCIA-DUARTE,** ███████ **ARTURO JUAREZ-OSORIO, MANUEL HERRERA, EDUARDO FLORES-PARRA, and JOSE DEJESUS GONZALEZ,** their conduct as members of the narcotics conspiracy charged in Count Two, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count Two, involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(A).

4. With respect to **ERIC PORTER, ANTHONY TAYLOR, VICTOR VARGAS-OSORIO, FRANCISCO GONZALEZ, JESUS OCAMPO, JONATHAN JARAMILLO, MARQUES NUNLEY, REBECCA ANAYA, and GERARDO ARROYO,** their conduct as members of the narcotics conspiracy charged in Count Two, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count Two, involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Indictment – Page 5

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(B).

## COUNT THREE
### Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance, Heroin
### (Violation of 21 U.S.C. § 846)

5.  Beginning on or about October 1, 2016, and continuing through March 7, 2018, in the Western District of Texas and elsewhere, **LUIS VILLAGRANA,** ▬▬▬▬ **BLANCA DAVILA-PUENTE, SILVIA CERDA-GONZALEZ, JONATHAN JARAMILLO, FELIX ESPINOSA-OSORIO, REBECCA ANAYA,** ▬▬▬▬ **CARLOS GARCIA-DUARTE, MANUEL HERRERA, and LEOVIGILDO MARTINEZ,** defendants, did intentionally and knowingly combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(B).

## COUNT FOUR
## Money Laundering
## (Violation of 18 U.S.C. § 1956)

4. Beginning on or about October 1, 2016, and continuing through March 7, 2018, in the Western District of Texas and elsewhere, **LUIS VILLAGRANA,** ▮▮▮▮ **FURQAN SUNKA, MARQUIS COLLINS,** ▮▮▮▮ **BLANCA DAVILA-PUENTE, SILVIA CERDA-GONZALEZ, JESUS OCAMPO, DANIEL HERNANDEZ, PEDRO HERNANDEZ-GONZALEZ, ALBERT VILLAGRANA,** ▮▮▮▮ ▮▮▮▮ **JONATHAN JARAMILLO, and CLAUDIA LARA-ESCALANTE,** defendants, and others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, and with others known and unknown to the Grand Jury, to commit certain offenses under 18 U.S.C. §1956, as follows:

   a) to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce that involved property which was the proceeds of specified unlawful activity, to wit, unlawful possession with intent to distribute a controlled substance, methampethamine, cocaine, and heroin with the intent to promote the carrying on of said specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(A)(i); and

   b) to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce that involved property which was the proceeds of specified unlawful activity, to wit, unlawful possession with intent to distribute a controlled substance, methampethamine, cocaine, and heroin with the intent to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of said specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

In violation of 18 U.S.C. § 1956(h), the penalty for which is found at 18 U.S.C. § 1956(a)(1).

**Indictment – Page 8**

A TRUE BILL

███████████████
FOREPERSON

JOHN F. BASH
ATTORNEY FOR THE UNITED STATES,

*[signature]*

DANIEL D. GUESS
Assistant United States Attorney